1  Kenneth E. Keller (SBN: 71450) (kkeller@kksrr.com)
2  Anne E. Kearns (SBN: 183336) (akearns@kksrr.com)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 249-8330
   Facsimile:  (415) 249-8333
5

6  Attorneys for Plaintiff
   LIFTED RESEARCH GROUP
7

8
                    UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | LIFTED RESEARCH GROUP,        ) Case No.: C 08-04495 JCS
                                  )
12 |         Plaintiff,            ) **THE PARTIES' REQUEST AND**
                                  ) **[PROPOSED] ORDER TO CONTINUE**
13 | v.                            ) **CASE MANAGEMENT CONFERENCE**
                                  ) **AND CORRESPONDING DEADLINES**
14 | AYOUB I. RAHMAN, et al.       )
                                  )
15 |         Defendants.           )
                                  )
16                                )
                                  )
17 |_____ )

18       Plaintiff Lifted Research Group ("Plaintiff") and Defendants Ayoub I. Rahman a/k/a Ayoub

19 Abdelrahman d/b/a Clothing Town ("Defendants") (collectively, the "Parties") hereby request that

20 this Court continue all deadlines this matter, as set forth herein.

21       The Parties make this request, not for the purpose of delay or hindrance, but for good cause

22 on the basis that the Parties are currently discussing settling this matter.  The Parties believe in good

23 faith that settlement negotiations could prove fruitful if the Court grants the Parties additional time in

24 which they can make further efforts to resolve this matter.

25       Consequently, the Parties respectfully request that the Court extend the deadlines by

26 approximately sixty (60) days as set forth below:

27

28

---

REQUEST AND PROPOSED ORDER TO CONTINUE DEADLINES
CASE NO.:  C08-04495 JCS

| Description | Original Deadline | New Deadline |
|---|---|---|
| Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan. | December 19, 2008 | February 20, 2009 |
| Last day to file Joint ADR Certification or Notice of Need for ADR Phone Conference | December 19, 2008 | February 20, 2009 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement per standing Order re Contents of Joint Case Management Statement | January 2, 2009 | March 6, 2009 |
| Initial Case Management Conference | January 9, 2009, 1:30 p.m. | March 13, 2009, 1:30 p.m. |

For the reasons set forth herein, the Parties respectfully request the Court to continue the deadlines as described above.

Dated:  December 19, 2008                                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                                                            By: _____/s/_____
                                                                                ANNE E. KEARNS
                                                                                Attorneys for Plaintiffs Lifted Research Group

Dated:  December 19, 2008                                COLLETTE ERICKSON FARMER & O'NEILL LLP

                                                                            By: _____/s/_____
                                                                                ROD DIVELBISS
                                                                                Attorneys for Defendants Ayoub I. Rahman a/k/a/ Ayoub Abdelrahman d/b/a/ Clothing Town

_____
REQUEST AND ~~PROPOSED~~ ORDER TO CONTINUE DEADLINES
CASE NO.:  C08-04495 JCS

## **ORDER**

The Court has considered the Parties' Request to Continue the Case Management Conference and Corresponding Deadlines all other materials presented to the Court, and GOOD CAUSE APPEARING, Plaintiffs' Request is hereby **GRANTED**, and the deadlines are extended as follows:

| **Description** | **Original Deadline** | **New Deadline** |
|---|---|---|
| Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan. | December 19, 2008 | February 20, 2009 |
| Last day to file Joint ADR Certification or Notice of Need for ADR Phone Conference | December 19, 2008 | February 20, 2009 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement per standing Order re Contents of Joint Case Management Statement | January 2, 2009 | March 6, 2009 |
| Initial Case Management Conference | January 9, 2009, 1:30 p.m. | March 13, 2009, 1:30 p.m. |

**IT IS SO ORDERED.**

DATED: ___January 5, 2009___



_____
JOSEPH C. SPERO
United States Magistrate Judge