# COLLETTE ERICKSON
# FARMER & O'NEILL LLP

ATTORNEYS AT LAW
235 PINE STREET, SUITE 1300
SAN FRANCISCO, CALIFORNIA 94104-2733
TELEPHONE (415) 788-4646 • FAX (415) 788-6929 • WWW.COLLETTE.COM

March 12, 2009

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

  Re: Lifted Research Group v. Rahman, et al.
    Case No: 3:08-cv-04495-JCS

Dear Your Honor:

  I am writing to request that Timothy Wong of this office be allowed to appear at the Case Management Conference by telephone on Friday, March 13, 2009 at 2:00 p.m. The reason for this request is that I have to appear in a Superior Court matter in Contra Costa County at 3:00 p.m. and am unable to make both appearances with them being scheduled so close together. Mr. Wong's direct phone line is (415) 962-2873 and he will be available beginning at 2:00 p.m. until called. A Notice of Telephonic Appearance is also filed herewith for your review.

  Please confirm that Mr. Wong can appear by telephone tomorrow, and thank you for your courtesy.

        Very truly yours,

        *[signature]*

        Rod Divelbiss

TOAX 9.1

Dated: March 13, 2009

**IT IS SO ORDERED**
Judge Joseph C. Spero